# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1243

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Northern District of Iowa. |
| | * | |
| Craig Michael Burns, | * | **[UNPUBLISHED]** |
| | * | |
| Appellant. | * | |

_____

Submitted: September 24, 2001
Filed: September 28, 2001

_____

Before McMILLIAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Craig Burns pleaded guilty to manufacturing a firearm, in violation of 26 U.S.C. § 5861(f); conspiring against civil rights, in violation of 18 U.S.C. § 241; and transporting a stolen motor vehicle in interstate commerce, in violation of 18 U.S.C. § 2312. The district court[1] sentenced him to 168 months imprisonment and 3 years supervised release. On appeal, Burns's counsel has moved to withdraw under <u>Anders v. California</u>, 386 U.S. 738 (1967).

_____

[1]The HONORABLE MARK W. BENNETT, Chief Judge, United States District Court for the Northern District of Iowa.

Having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.